Eastern District of Kentucky
**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

JUL -7 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 5:16-cr-62-DCR

UNITED STATES OF AMERICA                                    PLAINTIFF

V.          **MOTION OF UNITED STATES
            FOR ISSUANCE OF SUMMONS**

**DERIC LOSTUTTER**                                         **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, **DERIC LOSTUTTER**, to answer the felony charges returned by the Grand Jury on July 7, 2016.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: *Neeraj Gupta*
Neeraj Gupta
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 233-2661
neeraj.gupta@usdoj.gov