Eastern District of Kentucky
**F I L E D**

JUL - 7 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON

**CRIMINAL ACTION NO.** 5:16- Cr-62-DCR

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**V.**                        **ORDER FOR ISSUANCE OF SUMMONS**

**DERIC LOSTUTTER**                                                  **DEFENDANT**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States for issuance of summons

is GRANTED, and Summons shall be ISSUED for the Defendant, **DERIC**

**LOSTUTTER**, to APPEAR in United States District Court at Lexington, Kentucky, on

_August 9_, 2016, at _1:30 p.m._, and shall DIRECT the Defendant to

contact the United States Probation Office in Lexington, Kentucky, at telephone number

(859) 233-2646, within 48 hours of the receipt of the Summons, excluding weekends, in

order to arrange an interview by the United States Probation Office for the purpose of

obtaining information pertaining to the pretrial release of the Defendant.

On this _7th_ day of _July_, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:      United States Marshal
             United States Probation
             Neeraj Gupta, Assistant United States Attorney