UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. : 16-CR-62**                    *ELECTRONICALLY FILED*

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

V.        **NOTICE BY UNITED STATES OF AUSA APPEARANCE**

**DERIC LOSTUTTER**                                                         **DEFENDANT**

\* \* \* \* \* \*

The United States gives notice that, in addition to Assistant United States Attorney Neeraj Gupta, the undersigned Assistant United States Attorney will represent the United States in this case.

                                                Respectfully Submitted,

                                                KERRY B. HARVEY
                                                UNITED STATES ATTORNEY

By:    s/Andrew Sparks
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4831
       Andrew.sparks@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On July 7, 2016 I electronically filed this document through the ECF system, which will send the notice of electronic filing to counsel of record.

<u>s/Andrew Sparks</u><br>
Assistant United States Attorney