Eastern District of Kentucky
**FILED**

JUL 18 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 5:16-CR-00062 (DCR) (REW) |
| Plaintiff, | § § | |
| v. | § § | |
| DERIC LOSTUTTER, | § § | |
| Defendant. | § § | |

## MOTION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT**:

Tor Ekeland, undersigned counsel for defendant Deric Lostutter, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the New York State Bar and the United States District Courts for: the Eastern District of New York; the Southern District of New York; the Northern District of New York; the Eastern District of Texas; and the Southern District of Texas. I am also a member in good standing of the Court of Appeals for the Second, Third, and Ninth Circuits.

Additionally, I have appeared *pro hac vice* in the Federal District Courts for: the District of New Jersey; the Middle District of Tennessee; and the Eastern District of California.

Attached is a Certificate of Good Standing from New York State.

I have never been disbarred, suspended from practice, or been subject to disciplinary action by any court, state, territory, or the District of Columbia.

I consent to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

I have used ECF extensively to file in Federal Courts across the country, but cannot recall when I first received ECF training.

I have reviewed the docket in the case and am familiar with its facts and circumstances.

Therefore, consistent with Mr. Lostutter's Sixth Amendment right to counsel of his choice, undersigned counsel respectfully moves this Court for admission *pro hac vice* as defense counsel for Mr. Lostutter in this case. *See United States v. Gonzalez Lopez*, 548 U.S. 140, 144 (2006).

DATED: July 15, 2016

_____
Tor Ekeland
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
tor@torekeland.com
tel:   (718) 285-9343
fax:  (718) 504-5417
www.torekeland.com

2