UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § | 5:16-CR-00062 (DCR) (REW) |
| Plaintiff, | | |
| v. | | |
| DERIC LOSTUTTER, | | |
| Defendant. | | |

## MOTION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

Frederic B. Jennings, undersigned counsel for defendant Deric Lostutter, hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the New York State Bar and the United States District Courts for the Eastern District of New York, the Southern District of New York, and the Northern District of New York.

Additionally, I have appeared *pro hac vice* in the Federal District Courts for the Middle District of Tennessee.

Attached is a Certificate of Good Standing from New York State.

I have never been disbarred, suspended from practice, or been subject to disciplinary action by any court, state, territory, or the District of Columbia.

I consent to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

I have used ECF extensively to file in Federal Courts across the country, but do not recall when I first received ECF training.

I have reviewed the docket in this case and am familiar with its facts and circumstances.

Therefore, consistent with Mr. Lostutter's Sixth Amendment right to counsel of his choice, undersigned counsel respectfully moves this Court for admission *pro hac vice* as defense counsel for Mr. Lostutter in this case. *See United States v. Gonzalez Lopez*, 548 U.S. 140, 144 (2006).

DATED: August 2, 2016

Frederic D. Jennings
Tor Ekeland, P.C.
195 Plymouth Street, 5th Floor
Brooklyn, NY 11201
fred@torekeland.com
tel: (718) 737-7264 x704
fax: (718) 504-5417
www.torekeland.com