```
Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5020926
Cashier ID: kmarsh
Transaction Date: 08/09/2016
Payer Name: Tor Ekeland
--------------------------------
PRO HOC VICE
 For: Frederic Jennings
 Case/Party: D-KYE-5-07-FP-000001-001
 Amount:        $125.00
--------------------------------
CHECK
 Check/Money Order Num: 1007
 Amt Tendered:  $125.00
--------------------------------
Total Due:     $125.00
Total Tendered: $125.00
Change Amt:    $0.00

pro hac vice fee for Frederic
Jennings on case 5:16-cr-62
```