UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES – INITIAL APPEARANCE, ARRAIGNMENT AND PLEA

Lexington        Case No. 16-CR-62-DCR-REW-1        At Lexington        Date September 7, 2016

U.S.A. vs. Deric Lostutter        x  present    ___custody    ___bond    x  OR    ___AGE

DOCKET ENTRY: The Court conducted Defendant's initial appearance, arraigned Defendant, and advised him of his constitutional rights. Defendant advised that he has retained counsel. The Court advised Defendant of the charges and potential penalties. The United States confirmed compliance with victim notification requirements.

The United States did not seek pretrial detention. The Court released Defendant on the conditions announced and set out in the Order Setting Conditions of Release, with the following additions / clarifications. The justifications are those stated on the record.  Defense counsel shall ensure that Defendant promptly receives this Order.

Defendant may use the Internet and devices to access the Internet only for purposes of his business (to include servicing current clients and communicating with prospective clients),[1] to contact and communicate with family members, and to contact and communicate with defense counsel and Mr. Ekeland's law firm. The Court also approved Defendant posting regarding crowdsourcing *only* information such as "This is how to contribute to my defense fund"—*not* anything regarding the details or specifics of the case.

The Court withheld permission, at this point, for Defendant to publish articles and/or blog posts on online fora. The Court instructed the USPO to investigate this activity (*e.g.*, typical examples of the articles / posts, how they are published, how they are circulated, where they are accessed, etc.). The USPO shall report back to the Court, and if the USPO has no concern over this activity, the Court will consider approving this as an additional permitted category of Defendant's Internet use.  Defendant also may seek modification of conditions per the statute, if warranted.

PRESENT:     HON. ROBERT E. WIER, UNITED STATES MAGISTRATE JUDGE

Susan Adkins            Audio File No.            Neeraj Gupta
Deputy Clerk            Court Reporter            Assistant U.S. Attorney

Counsel for Defendant Tor Ekeland   x  present   ___appointed   x  retained

I, Susan L. Adkins, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file KYED-LEX__-5-16-cr-62-DCR-REW-1_20160907_141353.

PROCEEDINGS:        INITIAL APPEARANCE and ARRAIGNMENT

| | |
|---|---|
| x | Defendant received copy of Indictment. |
| x | Defendant states true name is as stated in the Indictment. |
| ___ | Defendant executed and filed Waiver Appointment of Attorney. |
| x | Defendant advised the Court that he has retained counsel. |
| ___ | Defendant requested that the Court appoint counsel. |
| ___ | Defendant executed and filed financial affidavit. |
| ___ | Court FINDS Defendant qualifies for court-appointed counsel under provision of CJA. |
| ___ | Court ordered _____ is appointed attorney under the CJA. |
| x | Court advised Defendant of constitutional rights pursuant to Rule 5, F. R. Cr. P. |
| x | Court advised Defendant of nature of charges and possible penalties. |

---

[1] The Court assumes that Defendant operates a legitimate, lawful business. The prosecutor, during this hearing, proffered concerning allegations and third-party complaints, but the Court has no proof or details as to any of those things at this point. The Court clearly expressed to Lostutter that this freedom to use the Internet for purposes of his business does not include permission to transgress the law or engage in improper business activity. Use of the internet by Lostutter to threaten or harass any person or entity would not be permissible within the limits of the Court's release conditions. Lostutter understood the relationship between staying condition-compliant and his continuing pretrial liberty.

| | |
|---|---|
| _x_ | The Court covered standard collateral consequences and notification rights tied to non-citizen status. |
| _x_ | Defendant waives formal arraignment. |
| _x_ | Defendant waives reading of Indictment - Information.     ____ Indictment - Information read. |
| _x_ | Defendant pleads ____Guilty to Counts _____     _x_ Not guilty to Counts ALL |
| _x_ | Parties shall file PRETRIAL MOTIONS pursuant to the Court's pretrial order to be entered. |
| _x_ | This matter assigned for **MOTIONS HEARING** on October 12, 2016, at 1:30 p.m., before Magistrate Judge Robert E. Wier |
| _x_ | This matter assigned for **PRETRIAL CONFERENCE** on October 14, 2016, at 3:30 p.m., before Judge Danny C. Reeves in Lexington, Kentucky. |
| _x_ | Court assigned for **JURY TRIAL** on November 8, 2016, at 9:30 a.m., counsel to appear at 9:00 a.m., before Judge Danny C. Reeves in Lexington, Kentucky. |
| _x_ | Number of days expected for trial _5_. |
| _x_ | Defendant was released on conditions. |
| ____ | Court remanded Defendant to custody. |
| ____ | USPO to circulate PSR to counsel. Counsel may retain PSR while detention issues pend but may not copy or disseminate the report to any person (except defense counsel can share content with Defendant). |

Copies:   COR, USP, USM, D, JC,CJA
Initials of Deputy Clerk sla
TIC:     0/.50

Signed By:
*Robert E. Wier* REW
United States Magistrate Judge