AO 187 (Rev. 7/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __KY EASTERN DIVISION, LEXINGTON__

UNITED STATES OF AMERICA

# EXHIBIT AND WITNESS LIST

V.

Case Number: 5:16-cr-62-DCR-REW-1

DERIC LOSTUTTER

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ROBERT E. WIER | NEERAJ K. GUPTA | FREDERIC B. JENNINGS |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| IA/BOND VIOLATION  HRG 9-21-16 | AUDIO FILE | SUSAN ADKINS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 9-21-16 | | | MARK GEORGE, USPO |
| | A | 9-21-16 | X | X | SECRETARY OF STATE WEB PAGE, REGISTRATION OF CORP. |
| CT. | A | 9-21-16 | X | X | VIOLATION REPORT, SEPTEMBER 14, 2016 |
| | B | 9-21-16 | X | X | COPY OF COMPLAINT IN NORTH CAROLINA LAWSUIT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *Stored in the Exhibit Room in Clerk's Office |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages