FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/17/2013

    DERIC LOSTUTTER (LOSTUTTER), Social Security Account Number (SSAN): ▮▮▮▮▮▮▮ was interviewed at his residence 436 Miller Hunt Road, Winchester, KY 40391. LOSTUTTER was initially detained by SWAT following entry and handcuffed for safety. After the premises was secure and the weapons in the home were rendered safe, LOSTUTTER was un-cuffed and advised that he was not under arrest. After being advised of the identity of the interviewing Agents and the nature of the search warrant, an interview was requested with LOSTUTTER. The agents again reminded LOSTUTTER that he was not under arrest and that he did not have to speak with the agents. LOSTUTTER verbally acknowledged understanding and provided the following information:

    LOSTUTTER stated that he was not physically injured when the tactical team detained him. He stated that he was happy, "to not be tazed" because he had a heart condition. The writer asked if there were any other medical conditions that needed to be addressed and LOSTUTTER stated that he gets low blood sugar and requested a snack. LOSTUTTER was provided with a snack of his choice consisting of candy and graham crackers.

    LOSTUTTER was asked to confirm his SSAN and provided the number ▮▮▮▮▮▮▮ stating that he was currently self employed in IT security. LOSTUTTER is working on incorporating his business. He currently has one client, JAMES MCGIBNEY. According to LOSTUTTER, MCGIBNEY pays LOSTUTTER to make sure his sites are "hack proof". This is achieved by running vulnerability scans against his system and providing him with the reports. Currently, LOSTUTTER is using Linux-Backtrack with Vega. LOSTUTTER reports that MCGIBNEY pays him $600.00 per week, since January 2013 to report flaws in the website. The payments are made via a PayPal account registered to mybodiezmarkedup@gmail.com. LOSTUTTER stated that MCGIBNEY does not know that he is @KYANONYMOUS.

Investigation on  04/16/2013  at  Winchester, Kentucky, United States (In Person)

File #  288A-CI-2654080, 288A-CI-2654080-KYAnonymous, 288A-LS-2628098                              Date drafted  04/17/2013

by  Kenneth C Bixby, Corey E. Collins

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

288A-CI-2654080

Continuation of FD-302 of  Interview of Deric Lostutter  , On  04/16/2013 , Page  2 of 7

    LOSTUTTER confirmed that he was the person behind the twitter identity @KYANONYMOUS. The agents asked if he ever allowed other people to access this account and he denied giving other people access to his account. He stated that he currently lives with his girlfriend, HANNAH MILLER (MILLER) date of birth (DOB) ▇▇▇▇▇▇▇▇ telephone number: ▇▇▇▇▇▇▇▇ and that she is "not tech savvy." LOSTUTTER reports that his brother also lives at the residence and was not involved with computers other than XBOX360.

    LOSTUTTER confirmed that he had several twitter accounts: @KYANONYMOUS, @REALKYANONYMOUS, @FUNNYB34R and @SHADOWRAPZ. The account @KYANONYMOUS had over 30,000 followers. LOSTUTTER believes that he was "outed" by his ex-girlfriend ▇▇▇▇▇▇▇▇ LOSTUTTER and ▇▇▇▇▇ have not been romantically involved for 4-5 years. The account @FUNNYB34R has been suspended.

    LOSTUTTER stated that he used his accounts to "promote" different activities. According to LOSTUTTER he, "wanted to weaponize media to help other people." LOSTUTTER was asked what events he has promoted, he stated he was involved with Steubenville, Hunter Moore, Westboro Baptist Church (WBC), and the Superintendent of Molden Schools. When asked what it meant to "promote" an event, he stated that he would find publicly available information such as names, addresses, phone numbers, and make it more conveniently available. LOSTUTTER said that he used sites like SPOKEO and public record requests to obtain the information. LOSTUTTER said that his most recent activity was just before the tactical team made entry to his house on April 16, 2013. He stated that he was checking the website www.godhatesfags.com because they expressed wanting to protest the funerals of the victims of the Boston Marathon bombing that occurred on April 15, 2013, and found it to be currently offline. He tweeted "tango down" to let others know the website was down.

    LOSTUTTER reports that his involvement in the promotion of Steubenville was limited to running the web cast from a technical point of view and providing grammatical assistance to @JustBatCat for his defacement of the www.rollredroll.com website. LOSTUTTER denied going to Steubenville, Ohio. LOSTUTTER denied writing the message or having any involvement with compromising the web page. LOSTUTTER said that he was not very technically savvy and never accessed the CPanel for www.rollredroll.com.

288A-CI-2654080

Continuation of FD-302 of Interview of Deric Lostutter , On 04/16/2013 , Page 3 of 7

    LOSTUTTER reports that he obtained publicly available information for the superintendent of schools at Molden Schools and posted this information online. LOSTUTTER stated that JOAN GRAVES did the public record request and the superintendent's e-mail and other personal information was in that request. LOSTUTTER denies remembering the name of the superintendent.

    LOSTUTTER reported that he promoted against Hunter Moore, the former owner of isanybodyup.com, a revenge porn site. LOSTUTTER did this because he was very against revenge porn sites and thought they were wrong. He stated that he was able to prove that MOORE was extorting money out of women who's images were on the website by sending a "known picture" into the submission site with a tracking script, then posing as the female pictured in the image and asking that it be removed by the third party company. LOSTUTTER reports that he was asked for $250.00 to have the picture removed. This site was purchased by JAMES MCGIBNEY. Following the purchase of isanybodyup.com, a new site named isanybodydown.com appeared which LOSTUTTER reported promoting against.

    LOSTUTTER commented that he knew and spoke with several people who were members of the hacking group ANONYMOUS. He stated that he spoke with them in IRC channels on the ANONOPS IRC server. He said he uses the names KYANONYMOUS or FUNNYB34R when he is on IRC. LOSTUTTER provided the following information about the screen names provided to him:

| Screen Name | Information provided |
|---|---|
|  | |

FD-302a (Rev. 05-08-10)

288A-CI-2654080

Continuation of FD-302 of  Interview of Deric Lostutter  , On 04/16/2013 , Page 4 of 7



LOSTUTTER stated that he did not use encryption on any of his computers. He was asked if he used Truecrypt software and he stated that he had tried playing with the program but was quickly confused.

LOSTUTTER told the Agents that he wanted to help the FBI any way that he could. He provided the agents with verbal consent to search and the user names and passwords to several accounts. Written consent was gained prior to the verbal consent for his twitter account. The accounts provided were:

    User Name:   lostutterd@gmail.com

    Password:    ▮

    User Name:   kyanonymous@riseup.net

    Password:    ▮

    User Name:   @RealKyAnonymous (Twitter)

    Password:    ▮

LOSTUTTER was again asked about his involvement in the defacement of the www.rollredroll.com website. He stated that he was a promoter for #OccupySteubenville but was not involved with the website defacement. LOSTUTTER said that he had posted some pictures on Twitter for other people but was not involved in the hack, the defacement, and had never been to the rallies. When asked if he had ever made a video for anonymous, LOSTUTTER admitted that he recorded a video for @JustBatCat at his home on his laptop. He denied anyone helping him with the video.

LOSTUTTER was asked by the Agents if all of his answers to this point had been 100% truthful and honest, which he replied yes. He was again asked if he left any portions of his responses out, he replied no, that all his responses were honest. The Agents asked LOSTUTTER if he was aware that it was against the law to lie or mislead federal agents in the course of an investigation, he replied no. The Agents explained to LOSTUTTER that unlike a local police officer who you could provide misinformation to, that there was an actual federal law to prevent people from lying to the FBI during an investigation. It was explained that a violation was punishable by time in jail. The Agents then asked again, if he was 100% honest with the agents with regard to the answers he provided. LOSTUTTER confirmed that the responses he gave were 100% truthful.

LOSTUTTER was shown a picture of the CPanel administrator screen that had captured his IP address and two Twitter direct messages from @Kyanonymous to @JustBatCat asking for assistance in deleting the Cpanel Log that recorded his IP address. LOSTUTTER was asked again if he wanted to revise any of his previous statements and he indicated that he would like an opportunity to correct his previous statements.

LOSTUTTER admitted to accessing the CPanel for the website www.rollredroll.com but denied changing anything in the account. LOSTUTTER reports that he clicked around the CPanel but didn't know what he was doing. He stated that he did not hack into the website and was not responsible for the defacement of the website. LOSTUTTER denied changing the user name and password to the CPanel page.

288A-CI-2654080

Continuation of FD-302 of  Interview of Deric Lostutter ,On 04/16/2013 ,Page 6 of 7

LOSTUTTER admitted that he did not remember logging into the bigredmanowar@comcast.net account. He knew that @JustBatCat uploaded the contents of the inbox to a file sharing site and that the e-mail contained pictures of naked women. LOSTUTTER stated that he never saw the pictures he trusted @JustBatCat who said they were kiddy porn.

LOSTUTTER was prompted on two locations not to leave out any portions of his statements or it could be seen as lying by omission. LOSTUTTER then provided that he met @JustBatCat on the IRC server "Anonops". The username and password for the CPanel was posted in IRC. He was told they were obtained by resetting the accounts. LOSTUTTER logged onto the CPanel and posted a picture online to prove that he was there. He stated that he clicked on the "Padlock link" the "Web Mail, because he thought [Parks] was a school official", the "File manager and the Mx entry" although he claims he didn't know what they did. LOSTUTTER said it was @justBatCat who changed the passwords, locked the account, and moved the domain.

LOSTUTTER stated that he never spoke at an Anonymous Rally and was never in Steubenville, Ohio.

LOSTUTTER was asked if he wrote the language for the website defacement, to which he responded that he didn't know what the Agents were talking about. After clarification, he was asked again, to which he replied that he help correct grammar but did not write the statement. The agents showed LOSTUTTER a copy of an e-mail from kentuckyanon@gmail.com to JustBatCat@gmail.com which contained the language from the website defacement. LOSTUTTER admitted that was his account and that he wrote the letter using links provided to him by @JustBatCat. LOSTUTTER denies knowing the true name of @JustBatCat.

LOSTUTTER stated that he does not share his passwords with anyone. he is the owner of the Account @KyAnonymous, kentuckyanon@gmail.com and has a backup e-mail named kyanonymousbackup@gmail.com.

In his home LOSTUTTER admitted that he has a wireless network set up and that he uses WPA Encryption. His SSID is " ▬▬▬▬▬▬▬▬▬▬ and the

288A-CI-2654080

Continuation of FD-302 of   Interview of Deric Lostutter   , On   04/16/2013   , Page   7 of 7

password is ████. His password for TrueCrypt is ████. LOSTUTTER was asked if he ran any anonymization software on his network. he stated that he used BT Guard when he was doing interviews on Skype, but that was it. LOSTUTTER was asked if he used TOR, he admitted that he did use TOR to mask his identity.

LOSTUTTER admitted that the Alienware laptop was his and that he was the only user for that computer. The dell laptop belonged to MILLER and was from her deceased father. He admitted that he used the Alienware laptop to make the video for the website defacement. He said that the password for the laptop was ████. The password for the dell was ████.

LOSTUTTER stated that he did not get the job with MCGIBBINS because he is @KYANONYMOUS, he stated that he sent a resume in and received a job on his own. LOSTUTTER reports that MCGIBBINS does not know that he is @KYANONYMOUS and all he does for him is vulnerability scans. He stated that he found a SQL injection vulnerability for MCGIBBINS but that had nothing to do with Steubenville. LOSTUTTER reports that he has only been working for MCGIBBINS since January of 2013, not before. LOSTUTTER was asked if he received any payments before January 2013 from MCGIBBINS, he responded no. LOSTUTTER was asked again if he received any payments around December 12-15 of 2012 from MCGIBBINS and he responded no, I have only been paid by him since January. LOSTUTTER reported that MCGIBBINS bought him the Alienware laptop.

LOSTUTTER stated that he threw out his Guy Fawkes (Anonymous) mask. He did not state a reason why he got rid of the mask.

LOSTUTTER was asked if he was informed that the FBI was investigating him. LOSTUTTER responded that an anonymous contact that has a friend at DHS had told LOSTUTTER that "his name was on the wall."