UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | KY EASTERN DIVISION, LEXINGTON |

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |

V.

Case Number: 5:16-cr-62-DCR-REW-1

DERIC LOSTUTTER

| PRESIDING JUDGE<br>ROBERT E. WIER | PLAINTIFF'S ATTORNEY<br>NEERAJ K. GUPTA | DEFENDANT'S ATTORNEY<br>FREDERIC B. JENNINGS |
|---|---|---|
| TRIAL DATE (S)<br>MOTION HRG. 10-12-16 | COURT REPORTER<br>AUDIO FILE | COURTROOM DEPUTY<br>SUSAN ADKINS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 10-12-16 | | | DAN JACKMAN, LOUISVILLE METRO POLICE DEPT, FBI TASK FORCE |
| | X | 10-12-16 | | | CHASE LOSTUTTER |
| | X | 10-12-16 | | | DERIC LOSTUTTER |
| | A | 10-12-16 | X | X | COPY OF SEARCH WARRANT EXECUTED ON 4/16/13 |
| | B | 10-12-16 | X | X | FBI CRIKME SCENE SIGN-IN LOG |
| | C | 10-12-16 | X | X | PHOTOS OF RESIDENCE SEARCHED ON 4/16/13 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | *Stored in Exhibit Room in Clerk's Office |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages