Thursday 17 November 2016

To: Honorable Danny C. Reeves

U.S. District Judge for the Eastern District of Kentucky

101 Barr Street

Lexington, KY 40507


From: Thomas Norman Olsen

5725 Forest Hills Lane

Milton, FL 32570


Subject: Deric Lostutter


Dear Judge Reeves,

Not sure if you are aware of me or my association with Deric Lostutter, but please allow me to give you a bit of a back story. I worked under the moniker of NextSecOfficial during the Steubenville, Ohio debacle. I also knew Deric Lostutter before that particular case. All associations at that time were Anonymous related. I traveled to Steubenville from Florida for roughly 3 months in order to work on that case. I'm sure you are aware by now, it turned into a storm of accusations and lies that nobody could stop. Lies I've been trying to correct for the past almost 4 years.

I've been in heated battle after battle with Deric Lostutter ever since the end of the Steubenville trials in March. He accused me of running to the FBI about him in December 2012, which is true. After many a heated battle online I felt it was time to do something about the problem that is Deric Lostutter.

In the spring of 2015, I approached a friend who resides in England about creating a website to put everything pertaining to Deric Lostutter on. He thought it was a great idea. He would create and control everything, because at that point Deric Lostutter's finger would be pointing at me first as to being the creator of said website (http://www.dericlostutter.org). My friend went and bought hosting with a web hosting service based in Iceland. This particular host doesn't honor U.S. subpoenas (Deric Lostutter had a history of abusing the courts) and has a free speech base (he tried getting it taken down by sending in a complaint and they essentially told him to go away).

Through the creation of this website there has been posted every wrong doing, with hard irrefutable proof, about Deric Lostutter for years. Below is just a "few" of the issues you can find on this site.

- Deric Lostutter donation history. He has asked for donations from the general public almost, if not, a HUNDRED times over the last few years. Reason being is because the public puts fuel on the fire. He thinks because of these donations he doesn't have to work. He has had jobs but it never lasted more than a week.
- Deric Lostutter's illegal business dealings. He has broken multiple federal and state laws when it comes to him operating his business, OpSec LLC. Everything that has been done pertaining to his business has been posted on there.
- Deric Lostutter's acts of fraud over the years. Through his business he has taken on "clients." He would promise to do a tech related service for these clients and as soon as they would pay him the money he said he is owed, he will never complete the project. When the client badgers him about it he will become belligerent and start attacking them. The client will then ask for a refund and then he will yell no refunds and block off all avenue of contact between him and that client. Some of these issues lasting months before the final result stated above.
- His threats against other individuals. He has threatened to rape a woman while filming it and to stab her minor son in the face. He has threatened anyone who speaks out against him with civil litigation and criminal charges. He has constantly made threats of physical violence.

This is just a small list of what the scope of what is on the website. Now, to the current acts of Lostutter. Below is a list of what he has been up to in the past year.

- He threatened a mother and her minor children in the Steubenville, Ohio area in October of 2015. This resulted in a 5 year restraining order being granted against him by a Jefferson County Judge in Ohio.
- He has taken out restraining orders on myself in North Carolina along with criminal charges of cyber stalking. The RO was dismissed by the judge up there and the cyber stalking charges were dropped by the State Attorney.
- He has taken out restraining orders on Alexandria Goddard of Ohio and Michelle McKee of Washington, both of which were also involved in the Steubenville case.
- He has sued Alexandria Goddard, Michelle McKee, and myself for $180,000 in North Carolina court which was dropped by him after a couple of months.
- ONE week after dropping the North Carolina lawsuit he filed another lawsuit for $1,000,000 in federal court on Alexandria Goddard, Michelle McKee, and myself. This lawsuit is still ongoing being handled by our legal representative in North Carolina, Daniel Gibson, while Deric Lostutter represents himself.

Why is he doing all of this to us? Because he believes that we all have something to do with the creation and operation of dericlostutter.org, with no evidence. Even though there is no law against the operation of said website. Everything posted on that website is fact with hard evidence to back it all up. It is obvious he is breaking his mandated court orders about being online. I highly doubt somebody like Deric Lostutter is going to a law library to research pertaining to the lawsuit. He was ordered to cease harassment of everyone, which this lawsuit in itself is harassment given his history with the courts. He was ordered to get a real job, which he has refused to do. His twitter account was "verified" which in order to do so he would have to apply for a verification to Twitter then Twitter would contact him back about it. Twitter contacts individuals back within 7-10 days. This all happened after he was ordered to stay offline and only have contact with his wife and attorney. He has also been in contact with a Tye Farley from New York City about the federal lawsuit, he stated as much in motions filed in the lawsuit. Farley is a reputation manager and not an attorney. This would go against his no contact with anyone except his wife and attorney order.

Long story short, he is a complete danger to those who come in contact with him. He has threatened physical violence, he has threatened to destroy peoples reputations online, he has called employers of his detractors to try and get them fired, he has called and harassed probation officers in an attempt to get people violated, he has filed 8 civil actions since the start of 2016 (all dismissed besides the current ongoing litigation), he has filed criminal charges against detractors (all dismissed), he has filed numerous bar complaints against my attorney (all dismissed), and this list goes on forever.

What am I trying to get at with this letter? Deric Lostutter is a danger to society. He has a long history of vulgar, nonsense threats and in most cases has acted on these threats. He has been accused of rape FIVE times himself. Any decision you make in this case I hope it's to the benefit of the society he lives in.

As an individual who has had to put up with Deric Lostutter for the last 4 years and suffer mentally and monetarily from his actions, I believe it's in the courts best interest, along with the best interest of the general public, to either take his federal case to trial or give him the harshest sentence you can hand down through this plea deal that was just announced.

I would like to thank you for your time in reading this letter and I hope it makes it to you well. Please take it all into consideration. I'm sure you have received letter after letter, and you can expect more to be coming in. You have a tough job, especially with this case being as big a mess as it is. Thank you for all you do and hope you go through and consider every option.

Sincerely,

Thomas N. Olsen

Thomas Olsen
5725 Forest Hills Lane
Milton, FL 32570

PENSACOLA FL 325
19 NOV 2016 PM 1
[postage stamp]

Honorable Danny C. Reeves
U.S. District Judge for Eastern District of Kentucky
101 Barr Street
Lexington, KY 40507

40507-131362