UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – ARRAIGNMENT AND PLEA

Case No. 16-62-DCR-REW-1      At Lexington      Date November 23, 2016

USA vs Deric Lostutter      X present  ___ custody  ___ bond  X OR  Age 29

DOCKET ENTRY: Defendant appeared with counsel for rearraignment in this matter, proceedings were held as noted. The Court finds the defendant to be fully competent and capable of entering an informed plea and that he enters the plea knowingly and voluntarily. The plea of guilty as to Counts 1 and 4 is accepted and the defendant was adjudged guilty of Counts 1 and 4. Sealed supplement returned to the United States.

PRESENT: HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| Susan Conner | Peggy Weber | none | Neeraj Gupta |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  Frederic B. Jennings   X present   X retained   ___ appointed

PROCEEDINGS: **REARRAIGNMENT**

- X  Copy Indictment previously given to the defendant.
- X  Defendant states true name is Deric James Lostutter.
- ___ Defendant waives formal arraignment.
- X  Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.
- X  Defendant moves to CHANGE PLEA on Counts 1 and 4 x Court grants motion.
- ___ Defendant waives reading of Indictment-Information  x Indictment – Counts 1 and 4 read.
- X  Defendant pleads x Guilty to Counts 1 and 4 __ Not guilty to counts
- ___ Defendant agrees with facts contained in forfeiture allegation.
- X  PLEA AGREEMENT filed in the record.
- ___ Jury trial set for _____ is SET ASIDE & CANCELED as to this defendant.
- ___ Copy of presentence report not requested. __Court received Presentence Report.
- X  Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.
- X  Defendant to remain on bond, and on conditions of release.
- ___ Defendant remanded to custody.

Case continued until March 8, 2017, at 9:00 a.m. Lexington, Kentucky, for sentencing, subject to intervening orders of the Court.

Copies: COR, USP, USM, D, JC

Initials of Deputy Clerk    stc
TIC: /48