

## KYAnonymous Bills Fund

**$12,268** of $25k goal

Raised by 345 people in 7 months

Greetings citizens of the world,

My name is Deric Lostutter.
You may remember me as the activist that made
international headlines (http://www.rollingstone.com/culture/news/anonymous-vs-steubenville-20131127)
 standing up for rape victims in 2013.

I was subsequently raided by the F.B.I. in which my belongings were taken, and my life was turned upside down.
(http://s3.documentcloud.org/documents/709489/deric-lostutter-search-warrant.pdf)
http://s3.documentcloud.org/documents/709489/deric-lostutter-search-warrant.pdf
(http://s3.documentcloud.org/documents/709489/deric-lostutter-search-warrant.pdf)

Exposing a rape cover-up to the media resulted in the
indictment of 4 school officials (http://www.cleveland.com/steubenville-rape-case/index.ssf/2013/11/four_indicted_by_grand_jury_in.html)

, including the Superintendent and the Coach on various charges stemming to tampering with evidence to impeding an investigation.

On that day in April 2013, my life changed forever.

I have tried to make the most of the past 3 years, even moving out of Kentucky, and getting married to the love of my life, Jennifer.



We tried to get pregnant, and finally succeeded in the summer of 2015, only to have our daughter, Jade, stillborn and cremated last January.



Since the extreme coverage of the Ohio case, I have had to become self employed due to my notoriety, and made a living doing what I do best: helping people in need.

I have since helped various people;

Including Harvard MBA graduates caught up in custody cases:


**Marcus Collardin**
Business Consultant & Private Equity Investor

" Deric is AMAZING at what he does. He helped me track down an internationally fugitive mother/baby. He used sophisticated forensic techniques blended with investigative reporting skills. These tools far surpassed the relief available in the court system. I highly recommend Deric! "

July 24, 2015, Marcus was Deric's client

I have also helped people with disabled children who were being scammed:



**Kirsti Mardell**
External Relations Coordinator for Fort McMurray Autism Support Group

"I reached out to Deric when I felt I was about to be scammed. I asked Deric to look into an online school and let me know if he finds anything. I was hoping to hear that the school had a lot of good reviews and it was legit but that was not the case. Deric got me more answers then I asked for and helped me out longer then I expected. Deric is very approachable and thorough. I recommend Deric for any background checks, or investigating you may need. Thank you for exposing the Scammer! less"

May 14, 2015, Kirsti was Deric's client

and, I even
helped another high profile rape case (http://abcnews.go.com/US/newly-released-documents-tapes-maryville-teen-alleged-rape/story?id=23164717)
, the Maryville Missouri Daisy Coleman case:



**Melinda Coleman**
Owner, Coleman Veterinary Clinic

"I made contact with Deric after my 14 year old daughter and her 13 year old friend were drugged and sexually assaulted. I had heard that Deric was instrumental in retrieving the video and other information that lead to the prosecution of the Steubenville, OH assault case. Deric collected information for my daughter's case. Video retrieval was not possible in my daughter's case, However, we were grateful to have the support and effort. He is very knowledgeable and tenacious in the pursuit of justice and truth. I would recommend him to anyone in a similar situation. less"

May 24, 2015, Melinda was a consultant or contractor to Deric at Opsec CyberSecurity Solutions LLC

Three years have passed without a word from the federal government regarding the status of my case, and my life was slowly returning back to normal.
Until, on July 7th 2016, just one year away from the statute running out, I was indicted in the state of Kentucky on 4 felony counts of violating the very outdated
Computer Fraud and Abuse Act, (https://www.law.cornell.edu/uscode/text/18/1030)
 facing a maximum of 16 years.
I had just begun to re-establish myself (http://www.sosnc.gov/Search/profcorp/10833755)
, and, with my wife newly pregnant with our second child together, was looking forward to a sense of normalcy.

I have a high-risk pregnant wife, and a duty as a father and husband to provide for my family to the best of my ability.



Because of this indictment, contracts for investigation work that I have secured have begun to back out on me.
The federal government indicted me
despite over 400,000 signatures gathered by Demand Progress and UltraViolet to drop the case against me (http://www.10tv.com/article/man-removes-his-anonymous-mask-after-steubenville-rape-trial)
, I have fallen on desperate times.

The first court date is August 9th, 2016 in Lexington Kentucky.
The trial could take years according to my attorney, T
or Ekeland. (http://torekeland.com/attorneys/tor-ekeland)
He has authorized me to set up a donation fund to help offset living expenses during this

difficult time.

Travel back and forth between states for meetings with my lawyer, and court, as well as trying to maintain some sort of stable living situation will prove to be most difficult, BUT, with your help, I know we can beat these outrageous charges.

Together we can change the world, and the quality of life for generations to come.

I will always stand with you, and if it is in your heart, please, stand with my family.

-Deric Lostutter

Activist-Husband-Father



**Recent Donations**

**$50**
Anonymous
7 days ago

**$50**

Anonymous

10 days ago

**$200**

Anonymous

26 days ago



**$50**

Danielle Koppendrayer

2 months ago

THANK YOU.

**$25**

Anonymous

2 months ago

NC

**$20**

Neta Caspi

2 months ago

Thank you for being brave enough to do this work. It takes a lot of courage and we are grateful to you. Stay strong; we are with you!

**$28**

Anonymous

3 months ago

JA

**$30**

Jamie Alderman

3 months ago



**$50**

Shantal Young

3 months ago

Hope the government doesn't mess up your chance at raising a child with your wife!! Best of luck to you and your loved ones ♥

LM **$10**
Liam Martin
3 months ago

This man is a hero and it will certainly not do anything to eradicate the rape culture prevalent in society if he gets incarcerated for his actions.

---

Viewing 10 of 345 Donations

© 2010-2017 GoFundMe