UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 16-62-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DERIC LOSTUTTER, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for the consideration of Defendant Deric Lostutter's motion for leave to proceed *in forma pauperis* on appeal. [Record No. 144] He also filed a Notice of Appeal, indicating that he seeks to challenge this Court's March 2, 2018, ruling which denied his motion to modify or vacate his conditions of supervised release under 18 U.S.C. 3583(e). [Record No. 142]

Lostutter knowingly and voluntarily entered into a plea agreement with the government which included an appellate-waiver provision. [Record No. 72, ¶ 9] He did not reserve the right to challenge the conditions of his supervised release in his appeal waiver. *Id*. After Lostutter was sentenced, he appealed, challenging the conditions of his supervised release. The Sixth Circuit determined the waiver provision at issue does not preserve the right to challenge conditions of supervised release. [Record No. 139, p. 2] The Sixth Circuit further stated that "Lostutter's sentence is within the guideline range calculated by the district court, and the district court's imposition of supervised release conditions was within the court's

discretion and does not result in a miscarriage of justice." *Id.* His appeal was dismissed because his valid waiver precluded review. *Id.*

Lostutter once again seeks appellate review of his conditions of supervised release. Because the Sixth Circuit has already determined that any such review is precluded by his valid waiver, and the imposition of supervised release conditions was within the Court's discretion, the Court concludes that Lostutter's appeal is not taken in good faith. And although the Court previously permitted Lostutter to proceed *in forma pauperis* [Record No. 115], he has not identified any non-frivolous issues for appeal. Therefore, the appeal is not taken in good faith. *See* Fed. R. App. P. 24(a)(3)(A); *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Lawler v. Marshall*, 898 F.2d 1196, 1198-99 (6th Cir. 1990).

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The petitioner's motion to for leave to proceed *in forma pauperis* [Record No. 144] on appeal is **DENIED**.

2. Pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), the Court **CERTIFIES** that the petitioner's Notice of Appeal is not taken in good faith.

3. Within 28 days, Lostutter must either: (i) pay the $505.00 appellate filing fee to the Clerk of the Court or (ii) file a properly-supported motion seeking permission to proceed *in forma pauperis* on appeal with the United States Court of Appeals for the Sixth Circuit. Fed. R. App. P. 24(a)(5).

4. The Clerk of the Court is directed to forward a copy of this Order to the Clerk of the United States Court of Appeals for the Sixth Circuit.

- 3 -

This 29th day of March, 2018.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge