# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY AT LEXINGTON

| | |
|---|---|
| UNITED STATES of AMERICA<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DERIC LOSTUTTER<br>　　　　　　Defendant. | No. 5:16-CR-62 (DCR)<br><br>**Motion to Withdraw as Counsel** |

Counsel at the firm of Tor Ekeland Law, PLLC, moves this Court to permit them to withdraw as counsel of record on consent under LR 57.6(a) or for good cause under LR 57.6(b), for the following reasons:

1. Mr. Lostutter has obtained new counsel, and consents to this withdrawal. *See* Exh. A, Consent Form.

2. Undersigned counsel and other counsel at or formerly at Tor Ekeland Law PLLC have not been involved in this case since sentencing, and is not retained for any post-release representation.

3. Mr. Elewa is no longer with the firm.

4. Further representation by our firm is uneeded and undesired by Mr. Lostutter.

Counsel respectfully moves this Court to issue an order (proposed order attached at Exh. B) permitting Tor B. Ekeland, Mark Jaffe, Frederic B. Jennings, and Adam Elewa to withdraw as counsel.

Respectfully submitted,

DATED: September 17, 2018		*/s/Frederic B. Jennings*
Frederic B. Jennings
Tor Ekeland
Mark Jaffe
**Tor Ekeland Law, PLLC**
195 Montague Street, 14th Floor
Brooklyn, NY 11201
Tel: (718) 737-7264
Fax: (718) 504-5417
fred@torekeland.com
tor@torekeland.com
mark@torekeland.com

**CERTIFICATE OF SERVICE**

In accordance with Locale Rule 49.4, I certify this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                                Respectfully submitted,

DATED: September 17, 2018           /s/*Frederic B. Jennings*
                                                Frederic B. Jennings
                                                Tor Ekeland
                                                **Tor Ekeland Law, PLLC**
                                                195 Montague Street, 14th Floor
                                                Brooklyn, NY 11201
                                                Tel: (718) 737-7264
                                                Fax: (718) 504-5417
                                                tor@torekeland.com
                                                fred@torekeland.com