UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 16-062-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| DERIC LOSTUTTER, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

An initial appearance for an alleged violation of the conditions of the defendant's supervised release is scheduled in this matter before a United States Magistrate Judge on Thursday, September 20, 2018, pursuant to Rule 32.1(a) of the Federal Rules of Criminal Procedure. If, at the time of this hearing, the United States Magistrate Judge finds probable cause that the listed violation has occurred, the matter will be scheduled for a final hearing before the undersigned pursuant to Rule 32.1(b)(2).

On September 17, 2018, counsel for Defendant Lostutter moved to continue the September 20, 2018, hearing. [Record No. 152] That motion was denied. [Record No. 153] Lostutter's attorney then moved the Court to set aside the order denying the motion to continue the initial hearing. [Record No. 155] Therefore, it is hereby

**ORDERED** as follows:

1. A hearing on the motion to vacate this Court's September 17, 2018, hearing is scheduled for **Wednesday, September 19, 2018**, at the United States Courthouse in Lexington, Kentucky, beginning at the hour of **10:00 a.m.**

2. At the time of the September 19, 2018, hearing on the motion to vacate, counsel for Defendant Lostutter should be prepared to address any conflict issues, inasmuch as the report of the alleged violation indicates that she provided the defendant with access to, or possession of, the computer listed in the violation report. As a result, in addition to counsel for the defendant, it appears that attorney House may be a necessary witness in this proceeding.

Dated: September 18, 2018.

Signed By:
*Danny C. Reeves* DCR
United States District Judge