UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 16-062-DCR        At Lexington        Date September 19, 2018

USA vs Deric Lostutter    x NOT PRESENT    __ custody    __ bond    __ OR    Age ____

PRESENT:    HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| Lisa Moore | Peggy Weber | Kate Smith/Paul McCaffrey |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant: Stella House    x NOT PRESENT    x retained    __ appointed

PROCEEDINGS:    **MOTION HEARING** converted to **DOCKET CALL**

This matter was called for hearing with counsel for the United States present as noted. Neither Defendant Lostutter nor his retained attorney, Stella House were not present. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. This matter is scheduled for a show cause hearing on **Tuesday, September 25, 2018**, at the hour of **4:00 p.m.**, at the United States Courthouse in **Lexington**, Kentucky. Attorney Stella House should be prepared to **SHOW CAUSE** why she should not be held in contempt for her failure to appear at the hearing today as directed. This includes providing confirmation of all hearings at which she was required to attend on today's date. Counsel shall also be prepared to address the conflict of interest issue previously outlined.

2. The defendant's motion to vacate the Court's prior Order denying the defendant's motion to continue the hearing scheduled for September 20, 2018, before the United States Magistrate Judge [Record No. 155] is **DENIED.**

Dated: September 19, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge

1

Copies: COR, USP, USM

Initials of Deputy Clerk  lkm
TIC:   /05