Eastern District of Kentucky
FILED
SEP 19 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF KENTUCKY

| UNITED STATES OF AMERICA, | Case No.: 5:16-CR-62-DCR-01 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF APPEAL OF CONSTITUTIONAL QUESTION |
| DERIC LOSTUTTER, | |
| Defendant | |

**COMES NOW DEFENDANT**, appearing *pro se* and without waiving his Sixth Amendment right to counsel for the proceedings scheduled for September 20, 2018, respectfully asking this Court to stay proceedings pending the outcome of the Defendant's appeal No. 18-5321, currently pending in the Sixth Circuit Court of Appeals.

As grounds to grant the relief requested, Defendant respectfully states that he informed probation that an appeal was pending on the relevant condition and that the Sixth Circuit Court of Appeals is entertaining if the relevant condition is unconstitutional in light of the unanimous Supreme Court decision in *Packingham v. North Carolina*, 582 U.S. ___ (2017), which held that banning access to the internet is unconstitutional. If the Court finds against Defendant, Defendant's Fifth and Fourteenth Amendment rights to Due Process of the Law would be violated.

Additionally, Defendant is without counsel, and wishes to retain counsel for the proceedings to ask witnesses, including Defendant's probation officer relevant questions to include but not be limited to why probation did not request a status hearing for modification of conditions of supervised release to position Defendant in manner to help him succeed in his

1

release from incarceration as agreed during the September 11, 2018 probation visit, instead moving to revoke supervised release when Defendant is compliant with the terms set forth at that meeting.

Dated this 15th day of September, 2018.

_____
Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407

# CERTIFICATE OF SERVICE

I, Deric Lostutter, hereby swear under penalty of perjury that on the undersigned date I deposited true and accurate copies of the foregoing Motion to Stay Proceedings in post-paid envelopes addressed to:

Nick Jones
United States Probation Office
P.O. Box 5045
London, Kentucky 40745

United States District Attorney
Paul McCaffrey
260 W. Vine Street
Suite 300
Lexington, Kentucky 40507

and deposited said motion into the United States Postal Service for delivery.

Dated this 15th day of September, 2018.

Deric Lostutter
4703 Pennoak Lane
Unit B
Greensboro, N.C. 27407