# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# LEXINGTON
# CRIMINAL ACTION NO. 16-CR-62-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | |
| DERIC LOSTUTTER | DEFENDANT |

## MOTION TO WITHDRAW

The undersigned moves this Court to allow her to withdraw as counsel of record for Defendant for good cause under LR 57.6(b) for the following reasons:

1. Defense counsel has repeatedly informed this Court that she has had/has conflicting and pre-existing court hearings in other courts on the dates set by the District Court for the hearings on Defendant's alleged violation of Defendant's supervised release conditions, and on the Motion to Vacate the Virtual Order denying Defendant's Motion to Postpone;

2. The United States did not object to continuing the hearing scheduled by this Court regarding the Motion to Vacate the Virtual Order denying Defendant's Motion to Postpone;

3. Defense counsel requested an extension of time to become familiar with the case, and examine evidence, and question witnesses, because Defense Counsel had such short notice of the revocation hearing.;

1

4. Defense counsel has pre-existing court hearings in Clay Circuit Court on the date of Defendant's revocation hearing. Defense counsel cannot represent Defendant on the dates and at the times scheduled, *sua sponte*, by the Court, and the Court refused to schedule these hearings on a date and at a time when defense counsel could be present for the hearings.

5. As defense counsel cannot be present for defendant on the date of the hearings, defense counsel cannot provide effective assistance of counsel to Defendant and therefore she must withdraw as his legal counsel.

**WHEREFORE,** the undersigned respectfully moves this Court to issue an Order permitting Stella B. House, J.D., to withdraw as counsel of record, and **GRANT** Defendant an extension of time to retain new counsel.

Respectfully Submitted,

Stella B. House, J.D.
Stella B. House, Attorney-at-Law, P.S.C.

By: /s/ Stella B. House, J.D.
Stella B. House, J.D.
Post Office Box 422
Manchester, Kentucky 40962
(606) 598-1485
COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned counsel electronically filed this document through the ECF system on September 18, 2018, which will send the notice of electronic filing to counsel of record.

        Respectfully Submitted,

        Stella B. House, J.D.
        Stella B. House, Attorney-at-Law, P.S.C.

By:    /s/ Stella B. House, J.D.
        Stella B. House, J.D.
        Post Office Box 422
        Manchester, Kentucky 40962
        (606) 598-1485
        COUNSEL FOR DEFENDANT