UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:16-cr-62-DCR-1        At Lexington        Date September 20, 2018

USA vs Deric Lostutter        X present ___ custody ___ bond X OR   Age ___

PRESENT: HON. Candace J. Smith, UNITED STATES MAGISTRATE JUDGE

| Kimberly Marsh | Audio File | Kate Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant   Kathryn Ann Walton    X present ___ retained   X appointed

I, Kimberly Marsh, Deputy Clerk, CERTIFY the official record of this proceeding is an audio
KYED-LEX__5-16-cr-62-DCR_20180920_101725 & KYED-LEX_5-16-cr-62-DCR_20180920_113519.

PROCEEDINGS:    **INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION**

    Pursuant to Federal Rule of Criminal Procedure 32.1 and 18 U.S.C. § 3583, the parties appeared for an initial appearance on alleged violations of supervised release. The Defendant initially appeared without his retained counsel and acknowledged retained counsel has moved to withdraw. The Court advised defendant of his right to counsel. The Defendant orally moved to stay the proceeding pending ruling on Motion for Immediate Injunction filed at Sixth Circuit U.S. Appeals Court. Staying this proceeding denied, and Defendant expressed he wished to have the Court consider appointing counsel for him. The Court took a recess for counsel to be appointed for the defendant under the Criminal Justice Act.

    After the recess, the Court continued with the Initial Appearance. Defendant appeared with court appointed counsel, Kathryn Ann Walton. The Court advised Defendant of his constitutional rights, nature of the allegations and potential penalties. The United States did not seek detention. Because the defendant is not in custody, he is not entitled to a preliminary hearing. The Court heard statements from counsel and USPO Nick Jones as to Defendant's continued release.

The Court **ORDERS** as follows:

1. The Court DEFERS ruling on the Motion for Stella B. House to Withdraw as Attorney for Defendant, Deric D. Lostutter (DE # 163), pending the presiding District Judge's consideration of this Motion in conjunction with the District Judge's scheduling of a show cause hearing (DE #160).

2. The Court DENIES Defendant's initial pro se Oral Motion to Stay Proceedings pending the Sixth Circuit's ruling on the Emergency Motion for Immediate Injunctive Relief.

3. For reasons more fully stated on the record, the Court DENIES without prejudice, Defendant's pro se Motion to Stay Proceedings Pending Outcome of Appeal of Constitutional Question (DE # 161) to the extent Defendant's written pro se motion seeks to stay this initial appearance proceeding.

4. Newly-appointed counsel and Defendant to confer and defense counsel SHALL file on or before 5:00 p.m. on September 25, 2018 a Notice regarding the Motion to Suppress (DE # 162), informing whether Defendant intends to continue with presentation of this Motion.  If the Notice indicates he does so intend

   to pursue the Motion to Suppress, the United States SHALL file its written response to the motion on or before October 2, 2018.

5. The Court appoints Hon Kathryn Ann Walton as counsel for Defendant under the terms of the Criminal Justice Act.

6. This matter is set for **FINAL HEARING** on **October 12, 2018, at 9:30 a.m.** before Judge Danny C. Reeves in Lexington.

7. The Defendant shall remain on current conditions of supervised release pending the final hearing with the added conditions of returning his smart television and play station gaming system and providing verification of this to USPO and not having any access to internet during work or bringing any electronic items home from work that can access the internet.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

Copies:  COR, USP, USM, D

Initials of Deputy Clerk  km
TIC: 1/03