UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CRIMINAL ACTION NO. 16-CR-62-DCR

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | |
| DERIC LOSTUTTER | DEFENDANT |

## MOTION TO VACATE

Attorney, Stella B. House, J.D., former counsel for Defendant, Deric Lostutter, respectfully moves this Court Vacate the the Orders (R. 160 and R. 164) setting hearings for the undersigned to appear to address conflict and to show cause, and for this Court to enter an Order allowing the undersigned to withdraw as counsel. As grounds to for this Motion, the undersigned states:

1. Counsel, as previously raised in the record, had conflicting and pre-existing court dates set for the same time-frame and date as the hearing scheduled on Wednesday, September 19, 2018, when counsel failed to appear (*see **EXHIBIT A***, court dockets reflecting the undersigned's representation and hearings scheduled for September 19, 2018, in Clay Circuit Court)

2. The undersigned, as previously raised in the record, had conflicting and pre-existing court dates set for the same time-frame and date as the revocation hearing scheduled on Thursday, September 20, 2018. (*see **EXHIBIT B***, court dockets (some of which are

1

redacted due to confidential nature of juvenile court proceedings) reflecting the undersigned's representation and hearings scheduled for September 20, 2018, in Clay District and Circuit Court);

3. The undersigned is a sole practitioner and does not employ associates who could have appeared in her place on those dates;

4. Because the undersigned has filed a motion to withdraw as counsel, there is no need to appear to address the alleged conflict of interest with regard to representation of Defendant;

5. Honorable Magistrate Candace Smith appointed Defendant new CJA counsel on September 20, 2018;

6. A hearing on this issue is unduly burdensome on the undersigned, as the United States District Court in Lexington, Kentucky, is a four (4) hour round-trip for her from Manchester, and due to intermittent closures of I-75 for construction purposes, the undersigned would be forced to drive over one-hundred (100) miles to the United States District Court in Lexington Kentucky;

7. A hearing on these issues is unwarranted given the exhibits presented with this Motion and the publicly available record of Kentucky court dockets which can and will validate the non-confidential exhibits attached hereto.

**WHEREFORE**, the undersigned respectfully requests that this Court **VACATE** the Orders R. 160 and R. 164 and allow the undersigned to withdraw as counsel.

Respectfully Submitted,

Stella B. House, J.D.
Stella B. House, Attorney-at-Law, P.S.C.


By: <u>/s/ Stella B. House, J.D.</u>
Stella B. House, J.D.
Post Office Box 422
Manchester, Kentucky 40962
(606) 598-1485

## CERTIFICATE OF SERVICE

The undersigned counsel electronically filed this document through the ECF system on September 23, 2018, which will send the notice of electronic filing to counsel of record.

                                      Respectfully Submitted,

                                      Stella B. House, J.D.
                                      Stella B. House, Attorney-at-Law, P.S.C.

By:     /s/ Stella B. House, J.D.
           Stella B. House, J.D.
           Post Office Box 422
           Manchester, Kentucky 40962
           (606) 598-1485

# EXHIBIT A

Start of docket

### 1  CI  04-CI-00165  HOOKER KIMBERLY LYN VS HOOKER MICHAEL SHAWN
1979  ****

| | | |
|---|---|---|
| ☐ HOOKER, KIMBERLY LYN | PLAINTIFF / PETITIONER | @00000123409 |
| ☐ HOOKER, MICHAEL SHAWN | DEFENDANT / RESPONDENT | @00000123410 |
| ☐ BAILEY, HENRIA S. | ATTORNEY FOR PLAINTIFF | BAILHS |
| ☐ HOUSE, STELLA B. | ATTORNEY FOR DEFENDANT | HOUSSB |
| ☐ BISHOP, CLAY M. JR. | ATTORNEY FOR PLAINTIFF | BISHCM2 |

**MOTION HOUR**

### 2  CI  13-CI-00177  ROARK, GARY VS. ROARK, MAKAYLA

| | | |
|---|---|---|
| ☐ SHEPHERD, RALEIGH P., | ATTORNEY FOR PLAINTIFF | SHEPRP |
| ☐ ROARK, GARY | PLAINTIFF / PETITIONER | @00000208123 |
| ☐ ROARK, MAKAYLA | DEFENDANT / RESPONDENT | @00000208124 |
| ☐ SERGENT, BRYAN K. | ATTORNEY FOR DEFENDANT | SERGBK |
| ☐ MADDEN, R. SCOTT | ATTORNEY FOR DEFENDANT | MADDRS |

**MOTION HOUR**

### 3  CI  17-CI-00206  HOSKINS, GENEVA VS. HOSKINS, GLENN ANTHONY JR, ET AL

| | | |
|---|---|---|
| ☐ HOSKINS, GENEVA | PLAINTIFF / PETITIONER | @00000247864 |
| ☐ HOSKINS, GLENN ANTHONY JR | DEFENDANT / RESPONDENT | @00000247865 |
| ☐ HOSKINS, TASHA BOWLING | DEFENDANT / RESPONDENT | @00000247866 |
| ☐ HOSKINS, PAUL COREY | DEFENDANT / RESPONDENT | @00000247867 |
| ☐ HOSKINS, KELSEY | DEFENDANT / RESPONDENT | @00000247868 |
| ☐ PERRY, RICHARD JR | DEFENDANT / RESPONDENT | @00000247869 |
| ☐ PERRY, MARY | DEFENDANT / RESPONDENT | @00000247870 |
| ☐ CLIFFORD, EMMETT DANIEL | ATTORNEY FOR PLAINTIFF | @00000247871 |
| ☐ RILEY, BRITTANY N | ATTORNEY FOR DEFENDANT | @00000249651 |
| ☐ SHEPHERD, RALEIGH P. | WARNING ORDER ATTORNEY | SHEPRP |

**MOTION HOUR**

### 4  CI  18-CI-00046  HENSLEY, THELMA VS. HENSLEY, RANDY

| | | |
|---|---|---|
| ☐ HENSLEY, THELMA | PLAINTIFF / PETITIONER | @00000255283 |
| ☐ HENSLEY, RANDY | DEFENDANT / RESPONDENT | @00000255284 |
| ☐ MORGAN-WHITE, ALICE ANNETTE | ATTORNEY FOR PLAINTIFF | @00000255285 |

**MOTION HOUR**

### 5  CI  18-CI-00060  DAY, PAUL ALEX VS. STEVENS, DAKOTA S.

| | | |
|---|---|---|
| ☐ SHEPHERD, RALEIGH P., | ATTORNEY FOR PLAINTIFF | SHEPRP |
| ☐ DAY, PAUL ALEX | PLAINTIFF / PETITIONER | @00000255754 |
| ☐ STEVENS, DAKOTA S. | DEFENDANT / RESPONDENT | @00000255755 |

**MOTION HOUR**

### 6  CI  18-CI-00074  GRUBBS, KRYSTAL VS. JONES, OSCAR CURTIS

09:00 AM    CI          CLAY          Run Date: 09/17/2018   3:28:17P    DocketListCondensed.R
Court
Judge    HON. CLINT HARRIS          Prep Info@00000028716   09/17/2018   3:28:16PM   2

09/19/2018 Court Docket

Page 2 of 2

| 6 | CI | 18-CI-00074 | GRUBBS, KRYSTAL VS. JONES, OSCAR CURTIS | | |
|---|---|---|---|---|---|
| ☐ HOUSE, STELLA B., | | | ATTORNEY FOR PLAINTIFF | | HOUSSB |
| ☐ GRUBBS, KRYSTAL | | | PLAINTIFF / PETITIONER | | @00000256046 |
| ☐ JONES, OSCAR CURTIS | | | DEFENDANT / RESPONDENT | | @00000256047 |
| ☐ SHEPHERD, RALEIGH P. | | | ATTORNEY FOR DEFENDANT | | SHEPRP |

**OTHER HEARING**

| 7 | CI | 18-CI-00198 | FRAZIER, JONATHAN, ET AL VS. GREGORY, SHANA M., ET AL | | |
|---|---|---|---|---|---|
| ☐ SHEPHERD, RALEIGH P., | | | ATTORNEY FOR PLAINTIFF | | SHEPRP |
| ☐ FRAZIER, JONATHAN | | | PLAINTIFF / PETITIONER | | @00000259901 |
| ☐ FRAZIER, DONNA SUE | | | PLAINTIFF / PETITIONER | | @00000259902 |
| ☐ GREGORY, SHANA M. | | | DEFENDANT / RESPONDENT | | @00000259903 |
| ☐ SHOEMAKE, DAVID A. | | | DEFENDANT / RESPONDENT | | @00000259904 |
| ☐ COFFEY, JULIANA | | | ATTORNEY FOR DEFENDANT-INTERVENING | | @00000260846 |

**MOTION HOUR**

End of Docket    2         # of Cases

Start of docket

### 1     CI   07-CI-00097     STEWART, MARK ANTHONY VS. STEWART, KAYLA MARIE
1990     *****

| | | |
|---|---|---|
| ☐ STEWART, MARK ANTHONY | PLAINTIFF / PETITIONER | @00000152343 |
| ☐ STEWART, KAYLA MARIE | DEFENDANT / RESPONDENT | @00000152344 |
| ☐ SHORT, CARL ANTHONY II | ATTORNEY FOR PLAINTIFF | SHORCA2 |
| ☐ MORRIS, LOIS RENFRO | ATTORNEY FOR DEFENDANT | MORRLR |

**MOTION HOUR**

### 2     CI   08-CI-00193     RICHARDSON, AMY LOU VS. RICHARDSON, JAMIE
1978     *    *****

| | | |
|---|---|---|
| ☐ RICHARDSON, AMY LOU | PLAINTIFF / PETITIONER | |
| ☐ RICHARDSON, JAMIE | DEFENDANT / RESPONDENT | @00000163171 |
| ☐ ROBINSON, PHYLLIS | ATTORNEY FOR PLAINTIFF | ROBIP |

**MOTION HOUR**

### 3     CI   15-CI-00067     HENSON, PAMELA VS. LYLE, ADAM

| | | |
|---|---|---|
| ☐ HENSON, PAMELA | PLAINTIFF / PETITIONER | @00000223708 |
| ☐ LYLE, ADAM | DEFENDANT / RESPONDENT | @00000223709 |
| ☐ BISHOP, CLAY M. JR., | COUNTY ATTORNEY | BISHCM2 |

**REVIEW**

### 4     CI   16-CI-00039     SMITH, KAYLA NICOLE VS. SMITH, JACOB WAYNE

| | | |
|---|---|---|
| ☐ SHEPHERD, RALEIGH P., | ATTORNEY FOR PLAINTIFF | SHEPRP |
| ☐ LOVINS, KAYLA NICOLE | PLAINTIFF / PETITIONER | @00000232112 |
| ☐ SMITH, JACOB WAYNE | DEFENDANT / RESPONDENT | @00000232113 |

**REVIEW**

### 5     CI   18-CI-00121     ADKINS, KENNETHA VS. ADKINS, WILLIE

| | | |
|---|---|---|
| ☐ ADKINS, KENNETHA | PLAINTIFF / PETITIONER | @00000257047 |
| ☐ ADKINS, WILLIE | DEFENDANT / RESPONDENT | @00000257048 |

**MOTION HOUR**

| End of Docket | 2 | # of Cases |
|---|---|---|



# KENTUCKY COURT OF JUSTICE

**18-CI-00074**

## GRUBBS, KRYSTAL VS. JONES, OSCAR CURTIS
**CLAY CIRCUIT COURT**
Filed on 03/22/2018 as DOMESTIC & FAMILY with HON. CLINT HARRIS

**** NOT AN OFFICIAL COURT RECORD ****

### Parties
18-CI-00074

**GRUBBS, KRYSTAL as PLAINTIFF / PETITIONER**

Address
74 PLEASANT VIEW RD.
MANCHESTER KY 40962

**JONES, OSCAR CURTIS as DEFENDANT / RESPONDENT**

Address
144 LOVERS LEAP RD.
MANCHESTER KY 40962

Summons
CIVIL SUMMONS issued on 03/22/2018 for 04/11/2018 09:00 AM in room ****** served on 04/11/2018 by way of RETURNED TO ATTORNEY/PETITIONER
SERVICE ACCEPTED BY RALEIGH SHEPHERD

**HOUSE, STELLA B., as ATTORNEY FOR PLAINTIFF**

Address
P.O. BOX 422
MANCHESTER KY 40962

**SHEPHERD, RALEIGH P. as ATTORNEY FOR DEFENDANT**

Address
305 MAIN STREET SUITE 1
MANCHESTER KY 40962

### Documents
18-CI-00074

**COMPLAINT / PETITION** filed on 03/22/2018
PET. FOR DISSOLUTION

**ORDER - AGREED** entered on 04/11/2018
RE: TEMP. CUSTODY; FCM - S. HOUSE, R. SHEPHERD, O. JONES

**ORDER SETTING TRIAL / HEARING** entered on 04/11/2018
FCM - S. HOUSE, R. SHEPHERD, O. JONES

**STATUS QUO ORDER** entered on 04/11/2018
FCM - S. HOUSE, O. JONES, R. SHEPHERD

**ORDER - OTHER** entered on 04/27/2018
RE: TEMP. PARENTING TIME; FCM - S. HOUSE, R. SHEPHERD, O. JONES

**FINAL VERIFIED DISCLOSURE STATEMENT** filed on 07/11/2018

**WITNESS LIST** filed on 07/11/2018

**ORDER SETTING TRIAL / HEARING** entered on 07/18/2018
FCM - S. HOUSE, R. SHEPHERD, O. JONES

**INTERROGATORIES** filed on 07/20/2018

**WITNESS LIST** filed on 08/17/2018

**FINAL VERIFIED DISCLOSURE STATEMENT** filed on 08/22/2018

**ORDER OF CONTINUANCE** entered on 08/29/2018
FCM - S. HOUSE, R. SHEPHERD

**FINAL VERIFIED DISCLOSURE STATEMENT** filed on 09/04/2018
AMENDED AND RESTATED

**RETURN OF SUBPOENA** filed on 09/06/2018
MEGAN WATTS

RETURN OF SUBPOENA filed on 09/06/2018
  YANCEY WHITE

ORDER SETTING TRIAL / HEARING entered on 09/20/2018
  FCM - S. HOUSE, R. SHEPHERD, O. JONES

TENDERED DOCUMENT filed on 09/20/2018

## Events  18-CI-00074

OTHER HEARING scheduled for 10/10/2018 01:00 PM in room ****** with HON. CLINT HARRIS

OTHER HEARING scheduled for 09/19/2018 09:00 AM in room ****** with HON. CLINT HARRIS

OTHER HEARING scheduled for 08/29/2018 09:00 AM in room ****** with HON. CLINT HARRIS
  FINAL

> Motions
> - MOTION FOR CONTINUANCE filed on 08/23/2018 by AP

MOTION HOUR scheduled for 07/18/2018 09:00 AM in room ****** with HON. CLINT HARRIS

> Motions
> - MOTION FOR HEARING filed on 07/11/2018 by AD

OTHER HEARING scheduled for 04/25/2018 09:00 AM in room ****** with HON. CLINT HARRIS
  FINAL

> Motions
> - MOTION FOR TEMPORARY CUSTODY filed on 04/23/2018 by AD
>   AND SUPPORT
> - MOTION TO AMEND filed on 04/16/2018 by AD
>   MOTION TO ALTER, AMEND, OR VACATE

MOTION HOUR scheduled for 04/11/2018 09:00 AM in room ****** with HON. CLINT HARRIS

> Motions
> - MOTION - OTHER filed on 04/02/2018 by AP
>   MOTION FOR STATUS QUO ORDER
> - MOTION FOR TEMPORARY CUSTODY filed on 03/22/2018 by AP

## Images  18-CI-00074

INTERROGATORIES filed on 07/20/2018  Page(s): 11

WITNESS LIST filed on 08/17/2018  Page(s): 3

MOTION - OTHER filed on 08/23/2018  Page(s): 2

MOTION - OTHER filed on 08/23/2018  Page(s): 2

TENDERED DOCUMENT filed on 09/20/2018  Page(s): 2

**** End of Case Number : 18-CI-00074 ****



**Kentucky Court of Justice**

18-CI-00060

**DAY, PAUL ALEX VS. STEVENS, DAKOTA S.**
CLAY CIRCUIT COURT
Filed on **03/14/2018** as DOMESTIC & FAMILY with HON. CLINT HARRIS
**** NOT AN OFFICIAL COURT RECORD ****

### Parties  18-CI-00060

**DAY, PAUL ALEX as PLAINTIFF / PETITIONER**

Address
3581 ELLS BRANCH RD.
MANCHESTER KY 40962

**STEVENS, DAKOTA S. as DEFENDANT / RESPONDENT**

Address
273 LIPPS BRANCH RD.
MANCHESTER KY 40962

Summons

CIVIL SUMMONS issued on **03/28/2018** by way of RETURNED TO ATTORNEY/PETITIONER
*COUNTER-PETITION*

CIVIL SUMMONS issued on **03/14/2018** for **03/21/2018 09:00 AM** in room ****** served on **03/14/2018** by way of RETURNED TO ATTORNEY/PETITIONER

**SHEPHERD, RALEIGH P., as ATTORNEY FOR PLAINTIFF**

Address
305 MAIN STREET SUITE 1
MANCHESTER KY 40962

### Documents  18-CI-00060

**COMPLAINT / PETITION** filed on **03/14/2018**
PET. FOR CUSTODY

**ORDER - AGREED** entered on **03/21/2018**
RE: PARENTING TIME; FCM - R. SHEPHERD, S. HOUSE, P. DAY

**RE-NOTICE OF HEARING** filed on **03/21/2018**

**EXHIBIT** filed on **07/25/2018**

**TENDERED DOCUMENT** filed on **07/25/2018**

**WITNESS LIST** filed on **07/25/2018**

**ORDER SETTING TRIAL / HEARING** entered on **08/08/2018**
FCM - R. SHEPHERD, S. HOUSE, P. DAY

**ORDER - AGREED** entered on **08/15/2018**
MODIFYING PARENTING TIME; FCM - S. HOUSE, R. SHEPHERD, P. DAY

**ORDER - AGREED** entered on **08/22/2018**
AMENDED AND RESTATED AGREED ORDER MODIFYING; FCM - R. SHEPHERD, S. HOUSE, P. DAY

### Events  18-CI-00060

**OTHER HEARING** scheduled for **10/17/2018 09:00 AM** in room ****** with HON. CLINT HARRIS
FINAL

**MOTION HOUR** scheduled for **09/19/2018 09:00 AM** in room ****** with HON. CLINT HARRIS

Motions
- MOTION FOR CHILD SUPPORT filed on **09/11/2018** by AD

**MOTION HOUR** scheduled for **08/08/2018 09:00 AM** in room ****** with HON. CLINT HARRIS

Motions
- MOTION FOR HEARING filed on **07/25/2018** by AP

- **MOTION FOR TEMPORARY JOINT CUSTODY** filed on **07/25/2018** by **AP**

**MOTION HOUR** scheduled for **03/28/2018 09:00 AM** in room **\*\*\*\*\*\*** with **HON. CLINT HARRIS**

**Motions**
- **MOTION FOR TEMPORARY CUSTODY** filed on **03/27/2018** by **AD**
- **MOTION FOR TEMPORARY CUSTODY** filed on **03/14/2018** by **AP**

**Images**                                                                                           18-CI-00060

**MOTION FOR HEARING** filed on **07/25/2018**  *Page(s): 2*

**MOTION FOR TEMPORARY JOINT CUSTODY** filed on **07/25/2018**  *Page(s): 5*

**EXHIBIT** filed on **07/25/2018**  *Page(s): 4*

**TENDERED DOCUMENT** filed on **07/25/2018**  *Page(s): 1*

**WITNESS LIST** filed on **07/25/2018**  *Page(s): 3*

\*\*\*\* End of Case Number : 18-CI-00060 \*\*\*\*



# ADKINS, KENNETHA VS. ADKINS, WILLIE

**CLAY CIRCUIT COURT**

18-CI-00121

Filed on 04/27/2018 as DOMESTIC & FAMILY with HON. CLINT HARRIS
Disposition on 04/27/2018 of OTHER by HON. CLINT HARRIS

**** NOT AN OFFICIAL COURT RECORD ****

## Parties
18-CI-00121

**ADKINS, KENNETHA as PLAINTIFF / PETITIONER**

Address
690 CHAT BRANCH RD.
MANCHESTER KY 40962

**ADKINS, WILLIE as DEFENDANT / RESPONDENT**

Address
1868 GUN CREEK RD.
LOT #3
SALYERSVILLE KY 41465

## Documents
18-CI-00121

**RECORD TRANSFERRED FROM ANOTHER COURT / AGENCY** filed on 04/27/2018
*TRANSFERRED FROM JESSAMINE COUNTY*

**JUDGMENT (OTHER)** entered on 09/19/2018
*ARREARAGE JUDGMENT; HD - CHILD SUPPORT; FCM - K. ADKINS, W. ADKINS*

**ORDER TO REDOCKET** entered on 09/19/2018
*HD - CHILD SUPPORT; FCM - K. ADKINS, W. ADKINS*

## Events
18-CI-00121

**MOTION HOUR** scheduled for 09/19/2018 01:00 PM in room ****** with HON. CLINT HARRIS

Motions
- **MOTION TO REDOCKET** filed on 08/27/2018 by CC
  *AND MOTIONS FOR ARREARAGE JUDGMENTAND ARREARS REDUCTION AMOUNT*

## Images
18-CI-00121

There are no images found for this case.

**** End of Case Number : 18-CI-00121 ****



# ADKINS, KENNETHA KAYE VS. ADKINS, WILLIE DWAYNE

**CLAY CIRCUIT COURT**

**18-CI-00055**  Filed on **03/09/2018** as **DOMESTIC & FAMILY** with **HON. CLINT HARRIS**

**** NOT AN OFFICIAL COURT RECORD ****

### Case Memo
18-CI-00055

VS 300 REQUESTED

### Parties
18-CI-00055

**ADKINS, KENNETHA KAYE as PLAINTIFF / PETITIONER**

Address
590 CHAT BRANCH RD.
MANCHESTER KY 40962

**ADKINS, WILLIE DWAYNE as DEFENDANT / RESPONDENT**

Address
601 BURNING FORK RD.
SALYERSVILLE KY 41465

Summons
CIVIL SUMMONS issued on 06/27/2018 by way of CERTIFIED MAIL
CIVIL SUMMONS issued on 03/09/2018 by way of RETURNED TO ATTORNEY/PETITIONER
IN FILE

**DIDDLE, RONNIE WAYNE as ATTORNEY FOR DEFENDANT**

Address
R. MICHAEL PACK & RON DIDDLE, PLLC
P.O. BOX 330
PIKEVILLE KY 41502

**HOUSE, STELLA BELINDA as ATTORNEY FOR PLAINTIFF**

Address
PO BOX 422
MANCHESTER KY 40962

### Documents
18-CI-00055

**COMPLAINT / PETITION** filed on **03/09/2018**
PET. FOR DISSOLUTION

**DEPOSITION** filed on **03/09/2018**

**FINAL VERIFIED DISCLOSURE STATEMENT** filed on **03/09/2018**

**PRELIMINARY VERIFIED DISCLOSURE STATEMENT** filed on **03/09/2018**

**AFFIDAVIT** filed on **06/21/2018**

**AFFIDAVIT** filed on **06/26/2018**

**AFFIDAVIT** filed on **06/26/2018**

**RESPONSE** filed on **06/26/2018**

**ORDER FOR TEMPORARY CUSTODY** entered on **06/27/2018**
EXPARTE ORDER; FCM - S. HOUSE, R. DIDDLE

**NOTICE - OTHER** filed on **06/27/2018**

**RETURN OF SUBPOENA** filed on **07/17/2018**
SUSAN SMITH

**MAIL RETURNED UNDELIVERED** filed on **07/23/2018**
WILLIE ADKINS

**WITNESS LIST** filed on **08/02/2018**

EXHIBIT filed on 08/15/2018
   1-3

**TENDERED DOCUMENT** filed on 09/10/2018

**ORDER - OTHER** entered on 09/12/2018
   *RE: CUSTODY/VISITATION; FCM - ALL*

**Events**  18-CI-00055

**OTHER HEARING** scheduled for **10/17/2018 09:00 AM** in room ****** with **HON. CLINT HARRIS**
   *FINAL*

**OTHER HEARING** scheduled for **08/15/2018 09:00 AM** in room ****** with **HON. CLINT HARRIS**
   *hearing on pending motions*

**MOTION HOUR** scheduled for **06/27/2018 09:00 AM** in room ****** with **HON. CLINT HARRIS**

> **Motions**
> - **MOTION FOR TEMPORARY CUSTODY** filed on **06/21/2018** by **AP**

**Images**  18-CI-00055

**AFFIDAVIT** filed on **06/21/2018**  *Page(s): 2*

**MOTION FOR TEMPORARY CUSTODY** filed on **06/21/2018**  *Page(s): 3*

**AFFIDAVIT** filed on **06/26/2018**  *Page(s): 2*

**AFFIDAVIT** filed on **06/26/2018**  *Page(s): 2*

**MOTION FOR CUSTODY** filed on **06/26/2018**  *Page(s): 3*

**RESPONSE** filed on **06/26/2018**  *Page(s): 3*

**NOTICE - OTHER** filed on **06/27/2018**  *Page(s): 2*

**MOTION - OTHER** filed on **06/29/2018**  *Page(s): 3*

**WITNESS LIST** filed on **08/02/2018**  *Page(s): 2*

**TENDERED DOCUMENT** filed on **09/10/2018**  *Page(s): 2*

**** End of Case Number : 18-CI-00055 ****

# EXHIBIT B

Start of docket

1   CO 08-J-00269-005                                                  IN RE:
☐ HOUSE, STELLA B.          ATTORNEY REPRESENTING MOT    HOUSSB
☐ ▬▬▬▬▬▬▬▬▬▬               CHILD
☐ ▬▬▬▬▬▬▬▬▬▬               COMPLAINING WITNESS
                            FAMILY MEMBER
☐ ▬▬▬▬▬▬▬▬▬▬               FAMILY MEMBER
☐ ▬▬▬▬▬▬▬▬▬▬               GUARDIAN AD LITEM

MOTION HOUR

MOTION - OTHER
    FOR SPECIFIC VISITATION                              ATTORNEY REPRESENTING MOTHER
MOTION - OTHER
    TO INTERVIEW THE CHILD IN CHAMBERS                   ATTORNEY REPRESENTING MOTHER

09/20/2018  09:00 AM   CO                CLAY                    Run Date: 09/18/2018  9:55:03AM   DocketList
Court   F    FAMILY COURTROOM                                    Prep Info @00000028730  09/18/2018  9:54:59AM
Judge   HON. CLINT HARRIS                             Court Docket  **Proceedings**                Page 10 o

| 28 | CO 17-J-00194-001 | | IN RE: |
|---|---|---|---|
| ☐ | ▓▓▓▓▓▓▓▓ | ATTORNEY REPRESENTING MOT | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓ | ATTORNEY REPRESENTING OTH | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓ | CHILD | |
| ☐ | ▓▓▓▓▓▓▓▓ | COMPLAINING WITNESS | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓, | COMPLAINING WITNESS | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓ | FAMILY MEMBER | |
| ☐ | HOUSE, STELLA B. | GUARDIAN AD LITEM | HOUSSB |

PERMANENT PLACEMENT REVIEW

MOTION TO WITHDRAW                                   ATTORNEY REPRESENTING MOTHER

---

| 29 | CO 17-J-00195-001 | | ▓▓▓▓ |
|---|---|---|---|
| ☐ | ▓▓▓▓▓▓▓▓ | ATTORNEY REPRESENTING MOT | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓ | ATTORNEY REPRESENTING OTH | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓ | CHILD | |
| ☐ | ▓▓▓▓▓▓▓▓, | COMPLAINING WITNESS | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓, | COMPLAINING WITNESS | ▓▓▓▓ |
| ☐ | ▓▓▓▓▓▓▓▓ | FAMILY MEMBER | |
| ☐ | HOUSE, STELLA B. | GUARDIAN AD LITEM | HOUSSB |

PERMANENT PLACEMENT REVIEW

MOTION TO WITHDRAW                                   ATTORNEY REPRESENTING MOTHER

09/20/2018  09:00 AM    CO         **CLAY**              Run Date: 09/18/2018  9:55:03AM   DocketL
Court   F    FAMILY COURTROOM                            Prep Info @00000028730  09/18/2018  9:54:59A
Judge   HON. CLINT HARRIS                        **Court Docket**  **Proceedings**        Page 14
40      CO 18-J-00136-001      ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  IN RE:
☐ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓         CHILD
☐ ▓▓▓▓▓▓▓▓▓▓▓▓▓           COMPLAINING WITNESS
☐ ▓▓▓▓▓▓▓▓▓▓▓▓▓           FAMILY MEMBER
☐ ▓▓▓▓▓▓▓▓▓▓              FAMILY MEMBER
☐ HOUSE, STELLA B.        GUARDIAN AD LITEM         HOUSSB

ADJUDICATION HEARING



# Kentucky Court of Justice

**BEECH CREEK APARTMENTS, VS. BOWLING, MARTHA**

**CLAY DISTRICT COURT**

18-C-00379

Filed on 09/10/2018 as FORCIBLE DETAINER with HON. HENRIA BAILEY-LEWIS

**** NOT AN OFFICIAL COURT RECORD ****

## Parties
18-C-00379

**BEECH CREEK APARTMENTS**, as PLAINTIFF / PETITIONER

**BOWLING, MARTHA** as DEFENDANT / RESPONDENT

**Address**
250 BEECH CREEK APARTMENTS RD APT 315
MANCHESTER KY 40962

**Summons**
EVICTION NOTICE issued on **09/13/2018** for **09/20/2018 09:30 AM** in room D served on **09/14/2018** by way of **RETURNED TO ATTORNEY/PETITIONER**

EVICTION NOTICE issued on **09/10/2018** for **09/12/2018 09:30 AM** in room D by way of **RETURNED TO ATTORNEY/PETITIONER**

**HOUSE, STELLA B.,** as ATTORNEY FOR PLAINTIFF

**Address**
P.O. BOX 422
MANCHESTER KY 40962

## Documents
18-C-00379

**PETITION FOR WRIT OF FORCIBLE DETAINER** filed on 09/10/2018

**CIVIL DOCKET** filed on 09/13/2018
9/20/18

## Events
18-C-00379

**COURT TRIAL** scheduled for **09/20/2018 09:30 AM** in room D with **HON. HENRIA BAILEY-LEWIS**
EVICTION 09/12/2018

## Images
18-C-00379

There are no images found for this case.

**** End of Case Number : 18-C-00379 ****