UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 16-062-DCR |
| V. | ) ) ) | |
| DERIC LOSTUTTER, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A final revocation hearing was held in this mattr on October 12, 2018. Assistant United States Attorneys Paul McCaffrey and Kate Smith were present on behalf of the United States. Defendant Deric Lostutter was present with court appointed counsel Kathryn Ann Walton. United States Probation Officer Nick Jones was also in attendance. The courtroom deputy was Lisa Moore and the proceedings were recorded by official court reporter Peggy Weber.

Based on Defendant Lostutter's stipulation to the alleged violation and the information contained in the Supervised Release Violation Report, the Court found that the violation occurred as alleged. However, the defendant's current term of supervised release will **NOT** be revoked or extended at this time. The defendant shall continue on the same terms and conditions of supervised release previously imposed, subject to the additional conditions imposed.

Accordingly, it is hereby

**ORDERED** as follows:

1. The conditions of defendant's supervised release are modified to include weekend confinement for four consecutive weekends at a location closest to his home as designated by the Bureau of Prisons.

2. Any employer will be required to allow review and monitoring by the United States Probation Office of any computer system for which the defendant has access.

3. The probation officer shall provide the defendant with a modification form reflecting the changes to his supervision for his acknowledgment and signature.

Dated: October 12, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge

TIC: .50