(5/2015)

Eastern District of Kentucky
F I L E D

NOV 0 9 2018

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

CRIMINAL NO.: 5:16-CR-62-DCR-01

UNITED STATES OF AMERICA                                        PLAINTIFF

### ORDER

vs.

Deric Lostutter                                                DEFENDANT

* * * * *

The Court, having reviewed the defendant's financial condition, having considered the recommendation of the Probation Office, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that, in accordance with the Judgment and Commitment Order previously entered in this case, the defendant shall make monthly fine payments in the amount of $ _50.00_ during the period of supervision, which are payable to the United States District Court Clerk's Office for the Eastern District of Kentucky at Lexington. The first such payment shall be made within 30 days following entry of this Order and payments shall continue thereafter until the defendant has fully satisfied the fine amount, including any interest that might otherwise be applicable, as is set out in the Judgment and Commitment Order. Nothing herein shall limit the authority of the United States to conduct discovery in aid of execution and to execute on the defendant's assets at any time.

On this _9th_ Day of _November_, 20_18_.

Honorable Danny C. Reeves
U.S. District Judge