# UNITED STATES DISTRICT COURT

**for**

## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Deric Lostutter                    Case Number:  5:16-CR-62-DCR-01

Name of Judicial Officer:      Honorable Danny C. Reeves, U.S. District Judge

Date of Original Sentence:      March 8, 2017

Original Offense:    18 U.S.C. § 371: Conspiracy to Commit Offense or to Defraud the United States &
18 U.S.C. § 1001(a)(2): False Statement to FBI Agents

Original Sentence:    24 months imprisonment, to be followed by three years supervised release

Type of Supervision:    Supervised Release              Date Supervision Commenced:    September 11, 2018

Assistant U.S. Attorney:    Paul C. McCaffrey        Defense Attorney:    Kathryn Ann Walton

## PETITIONING THE COURT

☐  To issue a warrant

☒  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance
    1           Unauthorized Contact with a Convicted Felon
    2           Use of Alcohol

U.S. Probation Officer Recommendation:

☒  The term of supervision should be

    ☒  revoked.

    ☐  extended for _____ years, for a total term of _____ years.

☐  The conditions of supervision should be modified as follows:

RE: LOSTUTTER, Deric
   Dkt. # 5:16-CR-62-DCR-01
   **PROB 12C**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2019

*[signature]*

Nick Jones
U.S. Probation Officer

THE COURT ORDERS:

☐ No action.

☐ The issuance of a warrant (Matter Sealed Pending Arrest).

☒ The issuance of a summons.  *Return date to be set by U.S. Mag. Judge*

☐ Refer to presiding Magistrate Judge for hearing and preparation
   of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

*[signature]*

Signature of Judicial Officer

*Initial Appearance RE Revocation of Supervised
Release*

*February 28, 2019*
Date

*March 18, 2019 at 1:30 p.m. before Magistrate Judge
Matthew A. Stinnett*