UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5: 16-CR-062-DCR        At Lexington        Date March 29, 2019

USA vs Deric Lostutter        x present ___ custody ___ bond x OR Age ___

PRESENT:    HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| Lisa Moore | Peggy Weber | Dmitriy Slavin |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant  Kathryn Ann Walton    x present    ___ retained    x appointed

PROCEEDINGS:    **Final Hearing On Supervised Release Violations (evidentiary)**

The parties appeared as noted for a final hearing regarding alleged violations of supervised release. United States Probation Officer Nick Jones was also present. The defendant was advised of his rights as well as the nature and circumstances of the alleged violations. After being duly sworn, the defendant stipulated to the violations set forth in the February 27, 2019, Supervised Release Violation Report and Addendum dated March 14, 2019. Based on the defendant's stipulation and the information contained in the Violation Report and Addendum, the Court finds that the supervised release violations occurred as alleged. The Court finds that the stipulation is knowing and voluntary. The defendant was advised of his appellate rights at the conclusion of the hearing. A Revocation Judgment in conformity to the Court's ruling shall be forthcoming.

Being sufficiently advised, it is hereby

**ORDERS** as follows:

1.    The defendant's previously-imposed term of supervision is **REVOKED**.

2.    The defendant is remanded to the custody of the United States Marshal, pending designation by the Bureau of Prisons regarding service of the defendant's sentence.

Dated:  March 29, 2019.

Signed By:
*Danny C. Reeves*
United States District Judge

1

Copies: COR, USP, USM

Initials of Deputy Clerk  lkm

TIC: /45