# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Central Division (at Lexington)

UNITED STATES OF AMERICA

**EXHIBIT LIST**

V.

Deric Lostutter

Case Number: 5: 16-CR-062-DCR

| PRESIDING JUDGE<br>Danny C. Reeves | | | PLAINTIFF'S ATTORNEY<br>Dmitriy Slavin | | DEFENDANT'S ATTORNEY<br>Kathryn Ann Walton |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>March 29, 2019 – SRV Hearing | | | COURT REPORTER<br>Peggy Weber | | COURTROOM DEPUTY<br>Lisa Moore |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| **W1** | | **03/29/19** | | | **Nick Jones – United States Probation Officer** |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.